UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| MARTY SMALL and LaQUETTA SMALL,<br><br>       Plaintiffs,<br><br> v.<br><br>CRAIG CALLAWAY and JOHN DOES 1-5,<br><br>       Defendants. | Case No.<br><br>**INDEX OF EXHIBITS** |

A. State Court Complaint

B. Notice of Removal to New Jersey Superior Court, Atlantic County, Law Division