# Exhibit B

**LENTO LAW GROUP, P.C.**
By:   Daniel W. Weininger, Esq. (Attorney ID 027412007)
<u>Mailing Address</u>
3000 Atrium Way, Suite 200
Mount Laurel, NJ 08054
Tel:   (856) 652-2000
Fax:   (856) 375-1010
dwweininger@lentolawgroup.com
weiningerlaw@gmail.com
*Attorney for Defendant Craig Callaway*

| | |
|---|---|
| MARTY SMALL and LaQUETTA SMALL,<br><br>*Plaintiffs*<br><br>v.<br><br>CRAIG CALLAWAY and JOHN DOES 1-5,<br><br>*Defendants* | SUPERIOR COURT OF NEW JERSEY<br>ATLANTIC COUNTY<br>LAW DIVISION<br><br>DOCKET NO.: ATL-L-000862-21<br><br>**<u>CIVIL ACTION</u>**<br><br>**NOTICE OF FILING OF NOTICE OF REMOVAL** |

TO:   Edwin J. Jacobs, Jr., Esquire
        JACOBS & BARBONE, P.A.
        1125 Pacific Avenue
        Atlantic City, New Jersey 08401

**PLEASE TAKE NOTICE** that the above-captioned matter has been removed from the Superior Court of New Jersey, Atlantic County, Law Division, where it was previously pending, to the United States District Court for the District of New Jersey pursuant to 28 U.S.C. §§ 1331, 1441, and 1446.  A copy of the notice of removal (without the exhibits referenced therein) is attached as Exhibit A.

Dated: April 8, 2021

                      **LENTO LAW GROUP, P.C.**

By: /s/ *Daniel W. Weininger*
     Daniel W. Weininger (Attorney ID 027412007)
     3000 Atrium Way, Suite 200
     Mount Laurel, NJ 08054
     Tel:    (856) 652-2000
     Fax:   (856) 375-1010
     dwweininger@lentolawgroup.com
     weiningerlaw@gmail.com

     *Attorney for Defendant Craig Callaway*