**LENTO LAW GROUP, P.C.**
Daniel W. Weininger (DW-5824)
3000 Atrium Way, Suite 200
Mount Laurel, NJ 08054
Tel: (856) 652-2000
Fax: (856) 375-1010
dwweininger@lentolawgroup.com
weiningerlaw@gmail.com
*Counsel for Defendant Craig Callaway*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARTY SMALL and LaQUETTA SMALL,<br><br>Plaintiffs,<br><br>v.<br><br>CRAIG CALLAWAY and JOHN DOES 1-5,<br><br>Defendants. | Case No. 1:21-cv-08665-JHR-AMD<br><br>**NOTICE OF MOTION** |

**TO:   All Counsel of Record**

**PLEASE TAKE NOTICE** that counsel for defendant Craig Callaway ("Callaway"), on May 17, 2021, at the United States District Court for the District of New Jersey, Mitchell H. Cohen Building & U.S. Courthouse, 4th & Cooper Streets, Camden, NJ 08101, the Honorable Ann Marie Donio, U.S.M.J., shall move

the Court for an order dismissing the complaint pursuant to Fed. R. Civ. P. 12(b)(6) (the "Motion"); and

**PLEASE TAKE FURTHER NOTICE** that, in support of the Motion, Callaway submits a memorandum of law and the exhibits attached thereto;

**PLEASE TAKE FURTHER NOTICE** that opposition papers, if any, must be filed with the Court and a copy delivered to Callaway's counsel no later than May 3, 2021; and

**PLEASE TAKE FURTHER NOTICE** that Callaway requests oral argument.

A proposed form of order is attached.

Dated:      April 15, 2021

                                                Respectfully submitted,

/s/ *Daniel W. Weininger*
Daniel W. Weininger (DW-5824)
Lento Law Group, P.C.
3000 Atrium Way, Suite 200
Mount Laurel, NJ 08054
Tel: (856) 652-2000
Fax: (856) 375-1010
dwweininger@lentolawgroup.com
weiningerlaw@gmail.com

*Counsel for Defendant Craig Callaway*