**LENTO LAW GROUP, P.C.**
Daniel W. Weininger (DW-5824)
3000 Atrium Way, Suite 200
Mount Laurel, NJ 08054
Tel: (856) 652-2000
Fax: (856) 375-1010
dwweininger@lentolawgroup.com
weiningerlaw@gmail.com
*Counsel for Defendant Craig Callaway*

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| MARTY SMALL and LaQUETTA SMALL,<br><br>                              Plaintiffs,<br><br>     v.<br><br>CRAIG CALLAWAY and JOHN DOES 1-5,<br><br>                              Defendants. | Case No. 1:21-cv-08665-JHR-AMD<br><br>**ORDER** |

THIS MATTER being brought before the Court by LENTO LAW GROUP, P.C., attorneys for defendant CRAIG CALLAWAY, seeking an order granting his motion to dismiss the complaint pursuant to Fed. R. Civ. P. 12(b)(6), and the Court having considered all the papers filed in connection with the same, and having heard oral argument, if any, and for good cause shown,

It is on this _____ day of _____:

**ORDERED** that defendant Craig Callaway's motion to dismiss the complaint pursuant to Fed. R. Civ. P. 12(b)(6) is **GRANTED**; and

It is further **ORDERED** that the complaint is **DISMISSED WITH PREJUDICE**; and

It is further **ORDERED** that a copy of this Order shall be served on all parties through the CM/ECF filing system.

_____
HON. ANN MARIE DONIO, U.S.M.J.