# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

MARTY SMALL and LaQUETTA SMALL,

          Plaintiffs,

   v.

CRAIG CALLAWAY and JOHN DOES 1-5,

          Defendants.

Case No. 1:21-cv-08665-JHR-AMD

**INDEX OF EXHIBITS**

A.    Kayan Frazier's Criminal Complaint

B.    Kayan Frazier's Criminal Docket Sheet

C.    Kayan Frazier's Plea Agreement

D.    Declaration of Craig Callaway

E.    Craig Callaway's E-mail to the Atlantic County Board of Elections

F.    Atlantic County Voter History Records Excerpt