# Exhibit B

# U.S. District Court
## District of New Jersey [LIVE] (Camden)
## CRIMINAL DOCKET FOR CASE #: 1:21-cr-00113-JHR All Defendants

| | |
|---|---|
| Case title: USA v. FRAZIER | Date Filed: 02/04/2021 |
| Magistrate judge case number: 1:19-mj-05578-KMW | |

Assigned to: Judge Joseph H. Rodriguez

**Defendant (1)**

| | | |
|---|---|---|
| KAYAN FRAZIER | represented by | LISA EVANS LEWIS<br>OFFICE OF THE FEDERAL PUBLIC DEFENDER<br>800 - 840 COOPER STREET<br>SUITE 350<br>CAMDEN, NJ 08053<br>(856) 757-5341<br>Email: lisa_lewis@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender or Community Defender Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| In Violation of 18 USC 2251(a)(e)SEXUAL EXPLOITATION OF CHILDREN<br>(1) | |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| 18:2252A.F - ACTIVITIES RE MATERIAL CONSTITUTING/CONTAINING CHILD PORNOGRAPHY | |

**Plaintiff**

| | | |
|---|---|---|
| USA | represented by | DIANA V. CARRIG<br>OFFICE OF THE US ATTORNEY<br>US POST OFFICE BUILDING<br>401 MARKET STREET<br>4TH FLOOR<br>CAMDEN, NJ 08101<br>(856) 757-5026<br>Email: diana.carrig@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Assistant US Attorney* |

| Date Filed | # | Docket Text |
|---|---|---|
| 07/03/2019 | 1 | COMPLAINT as to KAYAN FRAZIER (1). (sb) [1:19-mj-05578-KMW] (Entered: 07/03/2019) |
| 07/12/2019 | | Arrest of KAYAN FRAZIER (tf, ) [1:19-mj-05578-KMW] (Entered: 07/12/2019) |
| 07/12/2019 | 3 | Minute Entry for proceedings held before Magistrate Judge Karen M. Williams:Initial Appearance as to KAYAN FRAZIER held on 7/12/2019, Attorney Appointment Hearing as to KAYAN FRAZIER held on 7/12/2019. L. Lewis, AFPD appointed as counsel. Detention Hearing as to KAYAN FRAZIER held on 7/12/2019. Defendant consents to detention. Order of Detention to be filed. (Court Reporter/Recorder Electronic Court Recorder.) (tf, ) [1:19-mj-05578-KMW] (Entered: 07/12/2019) |
| 07/12/2019 | 5 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to KAYAN FRAZIER. LISA EVANS LEWIS for KAYAN FRAZIER appointed. Signed by Magistrate Judge Karen M. Williams on 7/12/2019. (tf, ) [1:19-mj-05578-KMW] (Entered: 07/12/2019) |
| 07/12/2019 | 6 | ORDER OF DETENTION as to KAYAN FRAZIER. Signed by Magistrate Judge Karen M. Williams on 7/12/2019. (tf, ) [1:19-mj-05578-KMW] (Entered: 07/12/2019) |
| 07/12/2019 | 7 | WAIVER of Preliminary Hearing by KAYAN FRAZIER (tf, ) [1:19-mj-05578-KMW] (Entered: 07/12/2019) |
| 07/12/2019 | 8 | ORDER TO CONTINUE - Ends of Justice as to KAYAN FRAZIER. Time excluded from 7/12/2019 until 9/16/2019. Signed by Magistrate Judge Karen M. Williams on 7/12/2019. (tf, ) [1:19-mj-05578-KMW] (Entered: 07/12/2019) |
| 07/19/2019 | 9 | Transcript of Proceedings as to KAYAN FRAZIER held on 7/12/19, before Judge Williams. Court Reporter/Transcriber Diana Doman Transcribing (856-435-7172). Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber only. (dd, ) [1:19-mj-05578-KMW] (Entered: 07/19/2019) |
| 09/11/2019 | 10 | ORDER TO CONTINUE - Ends of Justice as to KAYAN FRAZIER Time excluded from 9/11/19 until 11/16/19. Signed by Magistrate Judge Karen M. Williams on 9/11/19. (nar) [1:19-mj-05578-KMW] (Entered: 09/11/2019) |
| 10/04/2019 | 11 | MOTION for Protective Order by USA as to KAYAN FRAZIER. (CARRIG, DIANA) [1:19-mj-05578-KMW] (Entered: 10/04/2019) |
| 10/04/2019 | 12 | ORDER granting 11 Motion for Protective Order as to KAYAN FRAZIER (1). Signed by Magistrate Judge Karen M. Williams on 10/4/19. (nar) [1:19-mj-05578-KMW] (Entered: 10/04/2019) |
| 11/08/2019 | 13 | ORDER TO CONTINUE - Ends of Justice as to KAYAN FRAZIER Time excluded from 11/8/19 until 1/17/20. Signed by Magistrate Judge Karen M. Williams on 11/8/19. (nar) |

| | | |
|---|---|---|
| | | [1:19-mj-05578-KMW] (Entered: 11/08/2019) |
| 01/27/2020 | 15 | ORDER TO CONTINUE - Ends of Justice as to KAYAN FRAZIER Time excluded from 01/27/20 until 03/24/20. Signed by Magistrate Judge Karen M. Williams on 1/27/20. (nar) [1:19-mj-05578-KMW] (Entered: 01/27/2020) |
| 03/16/2020 | 16 | ORDER TO CONTINUE - Ends of Justice as to KAYAN FRAZIER Time excluded from 3/16/20 until 4/30/20. Per Standing Order 20-02. Signed by Chief Judge Freda L. Wolfson on 3/16/20. (nar) [1:19-mj-05578-KMW] (Entered: 03/17/2020) |
| 03/16/2020 | 17 | STANDING ORDER 20-3 (COVID 19) re: SO 20-2, excluding Speedy Trial time, under 18 U.S.C. 3161(h)(7)(A), from March 16, 2020 through April 30, 2020 in all criminal proceedings in this District under the Speedy Trial Act, including those proceedings commenced by complaint and time limits established by the Interstate Agreement of Detainers, etc. Signed by Chief Judge Freda L. Wolfson on 3/16/20.(nar) [1:19-mj-05578-KMW] (Entered: 03/20/2020) |
| 03/30/2020 | 18 | STANDING ORDER #2020-06 In Re: Video Conferencing and Teleconferencing for Criminal Proceedings under the CARE ACT. Signed by Chief Judge Freda L. Wolfson on 3/30/20. (nar) [1:19-mj-05578-KMW] (Entered: 03/30/2020) |
| 04/17/2020 | 19 | STANDING ORDER #2020-09 In Re: Court Operations under the exigent circumstances created by COVID-19, Modifications of Standing Orders 2020-02, 03 & 04 extending deadlines, excluding certain periods under the Speedy Trial Act, etc. Signed by Chief Judge Freda L. Wolfson on 4/17/20. (nar) [1:19-mj-05578-KMW] (Entered: 04/20/2020) |
| 05/22/2020 | 20 | STANDING ORDER 2020-12 In Re: Court operations under the exigent circumstances created by COVID-19, supersession of Standing Orders 2020-02, 2020-03, 2020-04, and 2020-09. Signed by Chief Judge Freda L. Wolfson on 5/22/2020. (nar) [1:19-mj-05578-KMW] (Entered: 05/27/2020) |
| 08/18/2020 | 21 | EXTENSION OF STANDING ORDER 2020-12: In Re: Court Operations under the exigent circumstances created by Covid-19; Time excluded from 8/31/20 to 9/30/30. Signed by Chief Judge Freda L. Wolfson on 8/17/20. (mb, ) [1:19-mj-05578-KMW] (Entered: 08/18/2020) |
| 09/23/2020 | 22 | SECOND EXTENSION OF STANDING ORDER 2020-12 IN RE: COURT OPERATIONS UNDER THE EXIGENT CIRCUMSTANCES CREATED BY COVID 19. Signed by Chief Judge Freda L. Wolfson on 9/23/20. (nar) [1:19-mj-05578-KMW] (Entered: 09/24/2020) |
| 12/17/2020 | 24 | THIRD EXTENSION OF STANDING ORDER 2020-12 IN RE: COURT OPERATIONS UNDER THE EXIGENT CIRCUMSTANCES CREATED BY COVID-19. Signed by Chief Judge Freda L. Wolfson on 12/17/20. (nar) [1:19-mj-05578-KMW] (Entered: 12/28/2020) |
| 12/18/2020 | 23 | THIRD EXTENSION OF AMENDED STANDING ORDER 2020-06 IN RE: VIDEO CONFERENCING & TELECONFERENCING FOR CRIMINAL PROCEEDINGS UNDER THE CARES ACT. Signed by Chief Judge Freda L. Wolfson on 12/17/20. (nar) (Main Document 23 replaced on 12/28/2020) (nar). [1:19-mj-05578-KMW] (Entered: 12/18/2020) |
| 02/04/2021 | 25 | INFORMATION as to KAYAN FRAZIER (1) count(s) 1. (mb, ) (Entered: 02/04/2021) |
| 02/04/2021 | 26 | WAIVER OF INDICTMENT by KAYAN FRAZIER (mb, ) (Entered: 02/04/2021) |
| 02/04/2021 | 27 | Minute Entry for proceedings held before Judge Joseph H. Rodriguez: Deft. consents to proceed with plea hearing by video conference; Order to be entered Initial Appearance as to KAYAN FRAZIER; Plea Agreement Hearing as to KAYAN FRAZIER held on |

| | | |
|---|---|---|
| | | 2/4/2021, ( Sentencing set for 6/8/2021 11:00 AM before Judge Joseph H. Rodriguez.) Ordered deft. remain in custody (Court Reporter/Recorder Camille Pedano.) (mb, ) (Entered: 02/04/2021) |
| 02/04/2021 | 28 | ORDER REGARDING USE OF VIDEO CONFERENCING/TELECONFERENCINGFOR FELONY PLEAS AND/OR SENTENCINGS as to KAYAN FRAZIER. Signed by Judge Joseph H. Rodriguez on 2/4/21. (mb, ) (Entered: 02/04/2021) |
| 02/04/2021 | 29 | APPLICATION for permission to enter Plea of guilty as to KAYAN FRAZIER. (mb, ) (Entered: 02/04/2021) |
| 02/04/2021 | 30 | PLEA AGREEMENT as to KAYAN FRAZIER (mb, ) (Entered: 02/04/2021) |
| 02/04/2021 | 31 | PRELIMINARY ORDER OF FORFEITURE AS TO SPECIFIC PROPERTY (FINAL AS TO THE DEFENDANT) as to KAYAN FRAZIER. Signed by Judge Joseph H. Rodriguez on 2/4/21. (mb, ) (Entered: 02/04/2021) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 04/13/2021 16:31:58 | | | |
| **PACER Login:** | dwein8251981 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:21-cr-00113-JHR Start date: 1/1/1980 End date: 4/13/2021 |
| **Billable Pages:** | 3 | **Cost:** | 0.30 |