# Exhibit D

**LENTO LAW GROUP, P.C.**
Daniel W. Weininger (DW-5824)
3000 Atrium Way, Suite 200
Mount Laurel, NJ 08054
Tel: (856) 652-2000
dwweininger@lentolawgroup.com
weiningerlaw@gmail.com
*Counsel for Defendant Craig Callaway*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARTY SMALL and LaQUETTA SMALL,<br><br>Plaintiffs,<br><br>v.<br><br>CRAIG CALLAWAY and JOHN DOES 1-5,<br><br>Defendants. | Case No. 1:21-cv-08665-JHR-AMD<br><br>**DECLARATION OF DEFENDANT CRAIG CALLAWAY** |

CRAIG CALLAWAY, for his declaration pursuant to 28 U.S.C. § 1746, states the following:

1. I am a party defendant in the above-captioned matter.

2. On March 29, 2021, I e-mailed the Atlantic County Board of Elections requesting "a list of voter history for Atlantic City's 2nd Ward, all democrats for the years 2015 thru 2018 in all elections sorted as a street list in PDF format." (**Ex. E**).

3. The Board of Elections provided me with the requested voter election history on March 30, 2021. A genuine copy of this document is hereby attached. (**Ex. F**).

4. As of March 30, 2021, the Board of Elections' voter history database indicates that Kayan Frazier's registered address remains "116 N. Presbyterian Avenue, Atlantic City 08401." *(Id.* at Page 10 of 115).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 15, 2021

_____
Craig Callaway