# Exhibit E

**From:** Craig Callaway ▮
**Date:** March 29, 2021 at 7:30:33 AM EDT
**To:** Marge Durdack ▮
**Subject: Voter history**

Good morning Marge, would you be so kind as to forward me a list of voter history for Atlantic City's 2nd Ward, all democrats for the years 2015 thru 2018 in all elections sorted as a street list in PDF format. Thanks in advance for your prompt professional and courteous response.

Sent from my iPhone