# Exhibit F

03/30/2021 Case 1:21-cv-08665-JHR-AMD   Document 5-9   Filed 04/15/21   Page 2 of 5 PageID: 115
Voter Election History
Atlantic County
Generated by atcoraarro002
Page 1 of 115

## SELECTION CRITERIA

| | |
|---|---|
| **Requested For:** | Craig Callaway |

**If no selection is displayed, everything is selected.**

| | |
|---|---|
| **Voter Party:** | Democratic |
| **Voter Status:** | Active, Active Need ID, Active Federal Election Only, Active Federal Election Only Need ID, Pending, Pending Need ID, Pending-17, Pending-17 Need ID, Inactive Confirmation, Inactive Confirmation Need ID |
| **Election:** | GENERAL ELECTION - 11/06/2018 (11/06/2018), PRIMARY ELECTION - 06/05/2018 (06/05/2018), GENERAL ELECTION - 11/07/2017 (11/07/2017), PRIMARY ELECTION - 06/06/2017 (06/06/2017) |
| **Voting District:** | Atlantic City - 02 - 01, Atlantic City - 02 - 02, Atlantic City - 02 - 03 |
| **Mimimum Times Voted:** | 1 |
| **Sort Option:** | Name |

**Atlantic City-02-01**

| ID | Status | Party | Residence Address | Mailing Address | MWD | Election | Ballot Style | Ballot Status | Ballot Reject Reasons | Ballot Reject Other | Party Voted In | MWD Voted In | # Voted | Last Name | First Name |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A2944753552 | A | DEM | 126 N NORTH CAROLINA AVE, ATLANTIC CITY 08401 | PO BOX 7800, ATLANTIC CITY, NJ 08404, UNITED STATES | Atlantic City-02-01 | (11/07/2017) GENERAL ELECTION | MB | A | | N/A | N/A | Atlantic City-02-01 | 1 | FRANKLIN | LUKITASAR |
| B4856253581 | A | DEM | 35 S VIRGINIA AVE, APT 501, ATLANTIC CITY 08401 | | Atlantic City-02-01 | (11/06/2018) GENERAL ELECTION (06/05/2018) PRIMARY ELECTION (11/07/2017) GENERAL ELECTION | M M M | N/A N/A N/A | undefinedundefined | N/A N/A N/Aundefinedundefined | N/A DEM N/A | Atlantic City-02-01 Atlantic City-02-01 Atlantic City-02-01 | 3 | FRANTZESKAKIS | NICK |
| A0423153543 | A | DEM | 116 N PRESBYTERIAN AVE, ATLANTIC CITY 08401 | | Atlantic City-02-01 | (11/06/2018) GENERAL ELECTION (06/06/2017) PRIMARY ELECTION | M M | N/A N/A | undefined | N/A N/Aundefined | N/A DEM | Atlantic City-02-01 Atlantic City-02-01 | 2 | FRAZIER | KAYAN |
| J1231751192 | A | DEM | 116 N PRESBYTERIAN AVE, ATLANTIC CITY 08401 | | Atlantic City-02-01 | (11/06/2018) GENERAL ELECTION (06/06/2017) PRIMARY ELECTION | M M | N/A N/A | undefined | N/A N/Aundefined | N/A DEM | Atlantic City-02-01 Atlantic City-02-01 | 2 | FRAZIER | SHARON |
| P0485153912 | IF | DEM | 176 N SOUTH CAROLINA AVE, ATLANTIC CITY 08401 | | Atlantic City-02-01 | (11/06/2018) GENERAL ELECTION | M | N/A | | N/A | N/A | Atlantic City-02-01 | 1 | FUHS | ERIC |
| O0042353889 | A | DEM | 103 N SOUTH CAROLINA AVE, ATLANTIC CITY 08401 | | Atlantic City-02-01 | (11/06/2018) GENERAL ELECTION | MB | A | | N/A | N/A | Atlantic City-02-01 | 1 | GALES | KYAAH |
| H1769652981 | A | DEM | 103 N SOUTH CAROLINA AVE, ATLANTIC CITY 08401 | | Atlantic City-02-01 | (11/06/2018) GENERAL ELECTION (06/05/2018) PRIMARY ELECTION (11/07/2017) GENERAL ELECTION (06/06/2017) PRIMARY ELECTION | M M M | N/A N/A N/A N/A | undefinedundefinedundefined | N/A N/A N/Aundefinedundefinedundefined | N/A DEM N/A DEM | Atlantic City-02-01 Atlantic City-02-01 Atlantic City-02-01 Atlantic City-02-01 | 4 | GALES | MONIQUE |
| E0116052902 | A | DEM | 1329 PACIFIC AVE, APT E1, ATLANTIC CITY 08401 | | Atlantic City-02-01 | (11/06/2018) GENERAL ELECTION (11/07/2017) GENERAL ELECTION | MB M | A N/A | undefined | N/A N/Aundefined | N/A N/A | Atlantic City-02-01 Atlantic City-02-01 | 2 | GANDHI | MAHESH |
| E0037052902 | A | DEM | 1329 PACIFIC AVE, # E-1, ATLANTIC CITY 08401 | | Atlantic City-02-01 | (11/06/2018) GENERAL ELECTION (11/07/2017) GENERAL ELECTION | MB M | A N/A | undefined | N/A N/Aundefined | N/A N/A | Atlantic City-02-01 Atlantic City-02-01 | 2 | GANDHI | RASHMI |
| I4236553373 | A | DEM | 35 S VIRGINIA AVE, APT 804, ATLANTIC CITY 08401 | | Atlantic City-02-01 | (11/06/2018) GENERAL ELECTION (11/07/2017) GENERAL ELECTION | MB MB | A A | undefined | N/A N/Aundefined | N/A N/A | Atlantic City-02-01 Atlantic City-02-01 | 2 | GANDHI | VIBHA |
| P2476053169 | A | DEM | 117 N VIRGINIA AVE, ATLANTIC CITY 08401 | | Atlantic City-02-01 | (11/06/2018) GENERAL ELECTION (11/07/2017) GENERAL ELECTION | M M | N/A N/A | undefined | N/A N/Aundefined | N/A N/A | Atlantic City-02-01 Atlantic City-02-01 | 2 | GARCIA | ANGELA |
| E5743651819 | A | DEM | 117 N VIRGINIA AVE, ATLANTIC CITY 08401 | | Atlantic City-02-01 | (11/06/2018) GENERAL ELECTION (11/07/2017) GENERAL ELECTION | M M | N/A N/A | undefined | N/A N/Aundefined | N/A N/A | Atlantic City-02-01 Atlantic City-02-01 | 2 | GARCIA | JUAN |
| A3211252826 | A | DEM | 1000 ARCTIC AVE, APT 410, ATLANTIC CITY 08401 | | Atlantic City-02-01 | (11/06/2018) GENERAL ELECTION (06/05/2018) PRIMARY ELECTION (11/07/2017) GENERAL ELECTION (06/06/2017) PRIMARY ELECTION | MB M M | A N/A N/A N/A | undefinedundefinedundefined | N/A N/A N/Aundefinedundefinedundefined | N/A DEM N/A DEM | Atlantic City-02-01 Atlantic City-02-01 Atlantic City-02-01 Atlantic City-02-01 | 4 | GARCIA | MARIE |
| E1646751805 | A | DEM | 46 N MARYLAND AVE, ATLANTIC CITY 08401 | | Atlantic City-02-01 | (11/07/2017) GENERAL ELECTION (06/06/2017) PRIMARY ELECTION | M M | N/A N/A | undefined | N/A N/Aundefined | N/A DEM | Atlantic City-02-01 Atlantic City-02-01 | 2 | GARRISON | DARLENE |

03/30/2021 Case 1:21-cv-08665-JHR-AMD   Document 5-9   Filed 04/15/21   Page 4 of 5 PageID: 117
Voter Election History
Atlantic County
Generated by atcoraarro002
Page 114 of 115

# Abbreviations Key

| Ballot Reject Reasons | | Status | |
|---|---|---|---|
| BNE | Ballot Not Enclosed | A | Active |
| BAP | Ballot Received After Polls Closed | AD | Active Need ID |
| BNS | Bearer Book Not Signed In | AF | Active Federal Election Only |
| BEL | Bearer Exceeded Limit | FD | Active Federal Election Only Need ID |
| BEU | Both Envelopes Unsealed | P | Pending |
| CPA | Candidate Provided Assistance | PD | Pending Need ID |
| CMS | Certificate Missing | P7 | Pending-17 |
| CNS | Certificate Not Signed | 7D | Pending-17 Need ID |
| IAP | Incomplete Assistor Portion | IC | Incomplete |
| IBP | Incomplete Bearer Portion | R | Rejected |
| MEL | Mail Bearer Exceeded Limit | D | Deleted |
| MOC | Moved Out of County | IF | Inactive Confirmation |
| OEU | One Envelope Unsealed | ID | Inactive Confirmation Need ID |
| O | Other | | |
| PPP | Party Privilege after the Primary Election | | |
| POA | Power of Attorney | | |
| PVP | Primary-Voted Both Parties | | |
| SNM | Signature Does Not Match | | |
| VWP | Voted in Wrong Party | | |
| VIM | Voter Registration ID Missing | | |
| IVS | Ineligible Voter Status | | |
| N/A | Not Available | | |

| Party | | Prov Ballot Reject Reason | | Ballot Style | |
|---|---|---|---|---|---|
| UNA | Unaffiliated | ASM | Affirmation signature does not match | E | Emergency |
| DEM | Democratic* | CDQ | Criminal Disqualification | M | Machine |
| REP | Republican* | IAF | Incomplete Affirmation | MB | Mail In |
| GRE | Green Party | MBB | Multiple Provisional Ballots | P | Provisional |
| LIB | Libertarian Party | NIP | No ID provided | N/A | Not Available |
| RFP | Reform Party | NRC | Not Registered in County | | |
| CON | U.S. Constitution Party | O*** | Other | | |
| NAT | Natural Law Party | UAS | Unsigned Affirmation Statement | | |
| CNV | Conservative Party | VAB | Voted by Mail-in Ballot | | |
| SSP | Socialist Party | VMM | Voted by Machine | | |
| N/A | Not Available | VWP | Voting in Wrong Party | | |

**Ballot Status**

A    Accepted

03/30/2021 Case 1:21-cv-08665-JHR-AMD   Document 5-9   Filed 04/15/21   Page 5 of 5 PageID: 118
Voter Election History
Atlantic County
Generated by atcoraarro002
Page 115 of 115

R    Rejected
C    Received
N/A  Not Available