

**Lento Law Group, P.C.**
3000 Atrium Way, Suite 200
Mount Laurel, NJ 08054
(856) 652-2000 (T)
(856) 375-1010 (F)
Daniel W. Weininger, Esquire
Member of the NJ, MI and NY Bar
dwweininger@lentolawgroup.com

April 23, 2021

<u>**VIA CM/ECF**</u>
Hon. Ann Marie Donio
United States Magistrate Judge
Mitchell H. Cohen Building
& U.S. Courthouse
4th & Cooper Streets, Room 1050
Camden, NJ 08101

   **Re:** *Small, et al. v. Callaway, et al.*
      <u>Case No.:  1:21-cv-08665-JHR-AMD</u>

Dear Magistrate Judge Donio:

  My firm represents defendant Craig Callaway ("Callaway") in the above-referenced action. Pursuant to L.Civ.R. 7.1(d)(5), I write to automatically extend the time for Callaway to file his brief in opposition to Plaintiffs' motion to remand to state court. [D.E. 7]. The motion is currently noticed for **<u>May 17, 2021</u>**. The motion day has not previously been extended or adjourned.

  In light of the automatic extension, the new motion day is **<u>June 7, 2021</u>**. Callaway's opposition papers are due **<u>May 24, 2021</u>**. Any reply would be due **<u>June 1, 2021</u>**.

  Thank you for your attention to this matter.

          Respectfully submitted,

          /s/ *Daniel W. Weininger*
          Daniel W. Weininger

Cc: All Counsel of Record (via CM/ECF)