**JACOBS & BARBONE, P.A.**

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

1125 PACIFIC AVENUE
ATLANTIC CITY, NEW JERSEY 08401
PHONE: (609) 348-1125
FAX: (609) 348-3774
WEBSITE: WWW.JACOBSBARBONE.LAW

EDWIN J. JACOBS, JR.
ejacobs@jacobsbarbone.law

LOUIS M. BARBONE
lbarbone@jacobsbarbone.law

JOEL S. JUFFE
jjuffe@jacobsbarbone.law

DAVID CASTALDI
dcastaldi@jacobsbarbone.law

MICHAEL A. ORTIZ
mortiz@jacobsbarbone.law

May 11, 2021

Via ECF
Magistrate Judge Joseph H. Rodriguez
United States District Court
Mitchell H. Cohen Bldg. & United States Court House
4th & Cooper Streets
Camden, New Jersey 08101

    Re:    Marty Small and LaQuetta Small v. Craig Callaway, et al.
            Case No. 1:21-cv-08665-JHR-AMD
            Our File No. 16,993

Dear Judge Rodriguez:

      Defendants' motion to dismiss is currently scheduled to be heard on Monday, May 17, 2021. Unfortunately, I am scheduled to begin trial in another matter that same day and therefore respectfully request that the motion be rescheduled. Thank you in advance.

                                      Respectfully,
                                      JACOBS & BARBONE, P.A.

                                      Edwin J. Jacobs, Jr.

EJJ:lsg
cc:    Marty & LaQuetta Small