UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Minutes of Proceedings

OFFICE: CAMDEN                               Proceeding Date: July 15, 2021

**JUDGE ANN MARIE DONIO**

Court Reporter: Court Conference Line

**TITLE OF CASE:**                      **DOCKET NO. 21cv8665(JHR/AMD)**
**Marty Small, et al**
   v.
**Craig Callaway, et al**

**APPEARANCES:**
David Castaldi, Esq. for plaintiffs
Daniel Weininger, Esq. for defendants

**NATURE OF PROCEEDINGS:**     Telephone Status Conference

**DISPOSITION:**
Telephone Status Conference held on the record.

                                            *s/Susan Bush*
                                            **DEPUTY CLERK**

Time Commenced: 10:33 a.m. Time Adjourned: 10:37 a.m. Total time: 4 mins.