# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARTY SMALL and LaQUETTA SMALL,　　　　　　Plaintiffs,<br><br>v.<br><br>CRAIG CALLAWAY and JOHN DOES 1-5,<br>　　　　　　Defendants. | Case No. 1:21-cv-08665-JHR-AMD |

## WITHDRAWAL AND SUBSTITUTION OF
## DEFENDANT CRAIG CALLAWAY'S ATTORNEY

**PLEASE TAKE NOTICE** that, subject to approval by the Court, on the date hereunder, Daniel W. Weininger, Esquire of the Lento Law Group, P.C. hereby withdraws as counsel for Defendant CRAIG CALLAWAY. Be it known that Joseph D. Lento, Esquire of the Lento Law Group, P.C. (State Bar No.: 013252008) shall supersede as counsel of record for Defendant Callaway in regard to the above-captioned matter.

/s/ *Daniel W. Weininger*
Daniel W. Weininger, Esquire
**LENTO LAW GROUP, P.C.**
3000 Atrium Way, Ste. 200
Mt. Laurel, NJ 08054
(856) 652-2000
dwweininger@lentolawgroup.com
*Withdrawing Attorney for Defendant Craig Callaway*

DATED: October 27, 2021

/s/ *Joseph D. Lento*
Joseph D. Lento, Esquire
**LENTO LAW GROUP, P.C.**
3000 Atrium Way, Ste. 200
Mt. Laurel, NJ 08054
(856) 652-2000
jdlento@lentolawgroup.com
*Superceding Attorney for Defendant Craig Callaway*

DATED: October 27, 2021

2

**CERTIFICATE OF SERVICE**

    I hereby certify that on October 27, 2021, I electronically filed the foregoing document with the Clerk of the Court and served Plaintiffs through the CM/ECF system.

                                        /s/ *Daniel W. Weininger*
                                        Daniel W. Weininger

                                        *Counsel for Defendant Craig Callaway*