# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| **MARTY SMALL, SR. and LAQUETTA SMALL,** | : | Hon. Joseph H. Rodriguez |
| Plaintiffs, | : | Civ. No. 21-8665 |
| v. | : | |
| **CRAIG CALLAWAY and JOHN DOES 1-5** | : | **ORDER** |
| Defendants. | : | |

These matters having come before the Court on Defendant's Motion to Dismiss [Dkt. No. 5] and on Plaintiffs' Motion to Remand [Dkt. No. 7]; and the Court having considered the written submissions pursuant to Fed. R. Civ. P. 78; and for the reasons set forth in the Court's Opinion of even date,

IT IS on the 7th day of February 2022 hereby

ORDERED that Plaintiffs' Motion to Remand [Dkt. No. 7] is granted; and it is further

ORDERED this matter be REMANDED to the Superior Court of New Jersey, Atlantic County Vicinage, Law Division.

/s/ Joseph H. Rodriguez
HON. JOSEPH H. RODRIGUEZ,
United States District Judge