## UNITED STATES DISTRICT COURT
## for the District of New Jersey [LIVE]
## Camden, NJ

MARTY SMALL, et al.

                       Plaintiff,

v.                                      Case No.: 1:21−cv−08665−JHR−AMD

CRAIG CALLAWAY, et al.

                       Defendant.

Clerk, Superior Court of New Jersey
Atlantic County Courthouse
1201 Bacharach Boulevard
Atlantic City, NJ 08401

State No: ATL−L−000862−21

**Dear Clerk of Court:**

    Enclosed please find a certified copy of the Order remanding the above entitled matter to your Court.

                                                    Very truly yours,

                                                    William T. Walsh, Clerk
                                                    By Deputy Clerk, dmr

encl.
cc: All Counsel